NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO NORDISK INC.** AND **NOVO NORDISK A/S**,
*Plaintiffs-Appellants,*

v.

**AUROBINDO PHARMA LTD.** AND **AUROBINDO PHARMA USA, INC.**,
*Defendants-Appellees.*

---

2012-1388

---

Appeal from the United States District Court for the District of New Jersey in No. 12-CV-1026, Judge Freda L. Wolfson.

---

**ON MOTION**

---

**O R D E R**

The parties submit a joint status report, which the court construes as a motion to continue the stay of proceedings.

The court's September 26, 2012 order stayed proceedings in this appeal pending final disposition of *Novo Nordisk A/S v. Caraco Pharmaceutical Laboratories, Ltd.*, No. 2011-1223. By its terms, the order stayed proceedings

pending issuance of the mandate. Thus, there is no need to request a continuation of the stay.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25